In the Matter of BERNARD KANTOR, as Administrator of the Estate of DAVID STEIN, Deceased, Appellant; BESSIE PEARL, Respondent.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MARY KENNEDY, Respondent, v. MARGARET L. TAAFFEE, Appellant.—

In our opinion no actionable negligence was shown. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

FRANK LOSCIUTO, an Infant, by Paul Losciuto, His Guardian ad Litem, et al., Respondents, v. THE CITY OF NEW YORK, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

SAMUEL MARGOLIS, Appellant, v. BENJAMIN KOBRE, Respondent, Impleaded with Others.—

Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.